# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1283. BRENDA THOMAS v. CLAYTON COUNTY et al.**

Appellant Brenda Thomas was terminated from her employment at the Clayton County Sheriff's Office, and the termination was affirmed by the Civil Service Hearing Officer. Thomas filed a petition for certiorari in the superior court, which dismissed the filing. Thomas then filed this direct appeal from the superior court's order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by petition for review" must be made by filing an application for discretionary appeal. See *Consolidated Govt. of Columbus v. Barwick*,  274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Because Thomas failed to comply with the discretionary appeal procedure, we lack jurisdiction to address this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__05/09/2024_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.*